# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JUANITA GARCIA, individually and on behalf of all other similarly situated,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

Defendant.

C15-1808 TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | June 19, 2017 |
| Length of Trial | 5 days |
| Discovery on class certification issues completed by | August 1, 2016 |
| Any motions related to class certification must be filed by | August 18, 2016 |
| The motion shall be noted for the seventh (7th) Friday after the filing date.  Any response must be filed by the fifth (5th) Friday after filing.  Any reply must be filed by the seventh (7th) Friday after filing. | |
| Deadline for joining additional parties | September 27, 2016 |
| Any motions for leave to amend pleadings filed by | October 13, 2016 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 1, 2016 |
| All motions related to discovery must be filed by | November 17, 2016 |
| All remaining discovery completed by | December 15, 2016 |

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 1

| | |
|---|---|
| All dispositive motions must be filed by | February 9, 2017 |
| All motions *in limine* must be filed by | May 18, 2017 |
| Agreed pretrial order due | June 5, 2017 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | June 5, 2017 |
| Pretrial conference to be held at 2:00 p.m. on | June 9, 2017 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties.  All other dates are specified in the Local Civil Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom the morning of the trial.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200.  Duplicate documents shall not be listed twice: once a party has

identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of February, 2016.

                                        William M. McCool  
                                        Clerk

                                        s/Karen Dews  
                                        Deputy Clerk