The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similar situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>    Defendant. | No. C15-1808 TSZ<br><br>**STIPULATION AND [Proposed] ORDER REGARDING PLAINTIFF'S WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION [Doc. 3]**<br><br>NOTE ON MOTION CALENDAR:<br>Monday, May 2, 2016 |

The parties hereby (1) stipulate that Plaintiff withdraws her Motion for Class Certification previously filed on November 22, 2015 as Document 3 (including attachments) without prejudice to her refiling a motion for class certification in accordance with the deadlines established by the Court's Scheduling Order entered February 24, 2016 as Document 18; and (2) request that the Court enter the order below.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

s/   Cliff Cantor
By: Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A.
  CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
P: (425) 868-7813
cliff.cantor@outlook.com

s/   John A. Knox
John A. Knox, WSBA # 12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206.628.2425 | F: 206.628.6611
jknox@williamskastner.com

STIP. & ORDER RE. PL.'S WITHDRAWAL
OF MOTION FOR CLASS CERT.
No. C15-1808 TSZ

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

| | |
|---|---|
| D. Frank Davis<br>Wesley W. Barnett<br>DAVIS & NORRIS, LLP<br>The Bradshaw House<br>2154 Highland Avenue South<br>Birmingham, Alabama 35205<br>P: (205) 930-9900<br>fdavis@davisnorris.com<br>wbarnett@davisnorris.com<br><br>Counsel for Plaintiff | Erik Kemp<br>Mary Kate Kamka<br>Gurinder S. Grewal<br>SEVERSON & WERSON<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>p: 415-398-3344<br>ek@severson.com<br>mkk@severson.com<br>gsg@severson.com<br><br>Counsel for Defendant |

### [Proposed] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: May ___, 2016

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
One of Counsel for Plaintiff

s/ John A. Knox, WSBA # 12707
Williams, Kastner & Gibbs PLLC
One of Counsel for Defendant

### Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court via the CM/ECF system, which will send notification of filing to all parties by email to their counsel of record.

s/ Cliff Cantor, WSBA # 17893

STIP. & ORDER RE. PL.'S WITHDRAWAL
OF MOTION FOR CLASS CERT.
No. C15-1808 TSZ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752