WAWD - Application for Leave to Appear Pro Hac Vice (Revised 12/26/12)

# United States District Court
# Western District of Washington

| Juanita Garcia, individually and on behalf of all others similarly situated, |
|---|

Plaintiff(s)

Case Number: 1:15-cv-01808-TSZ

v.

| Nationstar Mortgage, LLC, a Delaware limited liability company, |
|---|

Defendant(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, __J. Dominick Larry__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| Plaintiff, Juanita Gracia |
|---|

The particular need for my appearance and participation is:

| based upon Plaintiff Garcia's retention of my law firm - Edelson PC - to represent her in this matter, as well as my particular knowledge of the facts and law relevant to the instant litigation. |
|---|

I, __J. Dominick Larry__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug 22, 2016            Signature of Applicant: s/ J. Dominick Larry

Pro Hac Vice Attorney
Applicant's Name:     J. Dominick Larry

Law Firm Name:       Edelson PC

Street Address 1:    350 North LaSalle Street

Address Line 2:      Suite 1300

City: Chicago        State: Illinois        Zip: 60654

Phone Number w/ Area Code    312-589-6370    Bar # 6309519   State Illinois

Primary E-mail Address:    nlarry@edelson.com    Secondary E-mail Address:

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  J. Dominick Larry  is unable to be present upon any date assigned by the court.

Date:    Aug 22, 2016    Signature of Local Counsel:  s/ Clifford A. Cantor

Local Counsel's Name:   Clifford A. Cantor                         Bar # 17893

Law Firm Name:          Law Offices of Clifford A. Cantor, P.C.

Street Address 1:       627 208th Avenue SE

Address Line 2:

City: Sammamish       State: Washington      Zip: 98074

Phone Number w/ Area Code   Example: 999-999-9999    425-868-7813

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ J. Dominick Larry | Aug 22, 2016 |
|---|---|
| **Signature** (use an "s/" and type your name) | **Date Signed** |