The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES<br><br>NOTE ON MOTION CALENDAR:<br>August 29, 2016 |

WHEREAS, the current deadline for completion of discovery on class certification issues is August 31, 2016;

WHEREAS, any motions related to class certification must be filed by September 19, 2016;

WHEREAS, the parties require additional time to schedule depositions and complete other discovery and investigation related to class certification; and

WHEREAS, the parties have agreed to extend all discovery deadlines as follows;

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record, and subject to the Court's approval, as follows:

1. The deadline for completing discovery on class certification issues is September 30, 2016;

2. The deadline to file any motions related to class certification is October 21, 2016;

STIPULATION AND ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES - 1
(C15-1808 TSZ)
5844475.2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3. The deadline for joining additional parties is November 27, 2016;

4. The deadline for any motions for leave to amend pleadings is December 14, 2016;

5. The deadline for disclosure of expert testimony under FRCP 26(a)(2) is January 5, 2017;

6. The deadline to file all motions related to discovery is January 18, 2017; and

7. The deadline for completing all remaining discovery is February 15, 2017.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| s/ Wesley W. Barnett | s/ John A. Knox |
| Wesley W. Barnett | John A. Knox, WSBA #12707 |
| D. Frank Davis | WILLIAMS, KASTNER & GIBBS PLLC |
| DAVIS & NORRIS, LLP | 601 Union Street, Suite 4100 |
| The Bradshaw House | Seattle, WA 98101-2380 |
| 2154 Highland Avenue South | P: 206.628.2425 \| F: 206.628.6611 |
| Birmingham, Alabama 35205 | jknox@williamskastner.com |
| P: (205) 930-9900 | |
| wbarnett@davisnorris.com | |
| fdavis@davisnorris.com | |
| | Erik Kemp |
| Cliff Cantor, WSBA # 17893 | Mary Kate Kamka |
| LAW OFFICES OF CLIFFORD A. CANTOR, P.C. | Gurinder S. Grewal |
| | SEVERSON & WERSON |
| 627 208th Ave. SE | One Embarcadero Center, 26th Floor |
| Sammamish, WA 98074 | San Francisco, CA 94111 |
| P: (425) 868-7813 | P: 415-398-3344 |
| cliff.cantor@outlook.com | ek@severson.com |
| | mkk@severson.com |
| Counsel for Plaintiff | gsg@severson.com |
| | Counsel for Defendant |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED:  August ___, 2016

_____
Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES - 2
(C15-1808 TSZ)
5844475.2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600