The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES<br><br>NOTE ON MOTION CALENDAR: September 29, 2016 |

WHEREAS, the current deadline for completion of discovery on class certification issues is September 30, 2016;

WHEREAS, any motions related to class certification must be filed by October 21, 2016;

WHEREAS, the parties had conferred and scheduled FRCP 30(b)(6) depositions of Defendant's representatives for September 14, 2016 and September 15, 2016;

WHEREAS, due to a death in the family of the Plaintiff's attorney who had prepared for and was scheduled to take those depositions, the parties had to postpone them, along with an in-person meet and confer regarding discovery issues that was to take place after the depositions;

WHEREAS, the parties subsequently attempted to identify additional dates for depositions of those witnesses;

STIP. & ORDER AMENDING MINUTE ORDER
No. C15-1808 TSZ

- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

1    WHEREAS, before dates could be finalized, and before the parties could complete their

2 meet and confer regarding their discovery dispute, Defendant's lead counsel had a family

3 medical emergency that required interstate travel;

4    WHEREAS, the parties have been unable to complete their meet and confer efforts prior

5 to the September 30, 2016 class discovery cutoff, and the parties have not yet been able to

6 confirm scheduling for the FRCP 30(b)(6) depositions;

7    WHEREAS, the parties require a 30-day extension of the class discovery cutoff and the

8 class certification deadline to schedule and take the FRCP 30(b)(6) depositions and complete

9 other discovery and investigation related to class certification; and

10    IT IS HEREBY STIPULATED by and between the parties, through their undersigned

11 counsel of record, and subject to the Court's approval, as follows:

12    1.    The deadline for completing discovery on class certification issues is October 31,

13 2016;

14    2.    The deadline to file any motions related to class certification is November 21,

15 2016;

16    IT IS SO STIPULATED.

17
s/ Cliff Cantor
Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A.
CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
P: (425) 868-7813
cliff.cantor@outlook.com

Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

s/ Erik Kemp
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206.628.2425 | F: 206.628.6611
jknox@williamskastner.com

Erik Kemp
Mary Kate Kamka
Gurinder S. Grewal
SEVERSON & WERSON
One Embarcadero Center, 26th Floor San
Francisco, CA 94111
P: 415-398-3344
ek@severson.com
mkk@severson.com

STIP. & ORDER AMENDING MINUTE ORDER
No. C15-1808 TSZ
- 2 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

Fax: 312.589.6378

gsg@severson.com

Wesley W. Barnett
D. Frank Davis
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
P: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com

Counsel for Defendant

Counsel for Plaintiff

[Proposed] **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 29 ___, 2016

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:
Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish WA 98074
Tel: 425-868-7813

Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will email notice of filing to all counsel of record.

s/ Cliff Cantor, WSBA # 17893

STIP. & ORDER AMENDING MINUTE ORDER
No. C15-1808 TSZ

- 3 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752