The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>STIPULATION AND ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES |

WHEREAS, the current deadline for completion of discovery on class certification issues is September 30, 2016;

WHEREAS, any motions related to class certification must be filed by October 21, 2016;

WHEREAS, the parties had conferred and scheduled FRCP 30(b)(6) depositions of Defendant's representatives for September 14, 2016 and September 15, 2016;

WHEREAS, due to a death in the family of the Plaintiff's attorney who had prepared for and was scheduled to take those depositions, the parties had to postpone them, along with an in-person meet and confer regarding discovery issues that was to take place after the depositions;

WHEREAS, the parties subsequently attempted to identify additional dates for depositions of those witnesses;

STIP. & ORDER AMENDING MINUTE ORDER
No. C15-1808 TSZ
- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

WHEREAS, before dates could be finalized, and before the parties could complete their meet and confer regarding their discovery dispute, Defendant's lead counsel had a family medical emergency that required interstate travel;

WHEREAS, the parties have been unable to complete their meet and confer efforts prior to the September 30, 2016 class discovery cutoff, and the parties have not yet been able to confirm scheduling for the FRCP 30(b)(6) depositions;

WHEREAS, the parties require a 30-day extension of the class discovery cutoff and the class certification deadline to schedule and take the FRCP 30(b)(6) depositions and complete other discovery and investigation related to class certification; and

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record, and subject to the Court's approval, as follows:

1. The deadline for completing discovery on class certification issues is October 31, 2016;

2. The deadline to file any motions related to class certification is November 21, 2016;

IT IS SO STIPULATED.

| s/ Cliff Cantor | s/ Erik Kemp |
|---|---|
| Cliff Cantor, WSBA # 17893 | John A. Knox, WSBA #12707 |
| LAW OFFICES OF CLIFFORD A. CANTOR, P.C. | WILLIAMS, KASTNER & GIBBS PLLC |
| 627 208th Ave. SE | 601 Union Street, Suite 4100 |
| Sammamish, WA 98074 | Seattle, WA 98101-2380 |
| P: (425) 868-7813 | P: 206.628.2425 \| F: 206.628.6611 |
| cliff.cantor@outlook.com | jknox@williamskastner.com |
| | |
| Benjamin H. Richman | Erik Kemp |
| brichman@edelson.com | Mary Kate Kamka |
| J. Dominick Larry | Gurinder S. Grewal |
| nlarry@edelson.com | SEVERSON & WERSON |
| EDELSON PC | One Embarcadero Center, 26th Floor San Francisco, CA 94111 |
| 350 North LaSalle Street, Suite 1300 | P: 415-398-3344 |
| Chicago, Illinois 60654 | ek@severson.com |
| Tel: 312.589.6370 | mkk@severson.com |

STIP. & ORDER AMENDING MINUTE ORDER
No. C15-1808 TSZ
- 2 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

Fax: 312.589.6378

gsg@severson.com

Wesley W. Barnett
D. Frank Davis
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
P: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com

Counsel for Defendant

Counsel for Plaintiff

## ORDER

Pursuant to the parties' stipulation: (1) the deadline for completing discovery related to class certification is CONTINUED to October 31, 2016; and (2) the deadline to file any motions related to class certification is CONTINUED to November 21, 2016.  IT IS SO ORDERED.

DATED this 3rd day of October, 2016.

Thomas S. Zilly
United States District Judge

Presented by:
Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish WA 98074
Tel: 425-868-7813

STIP. & ORDER AMENDING MINUTE ORDER
No. C15-1808 TSZ

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel  (425) 868-7813 • Fax  (425) 732-3752