The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>        Defendant. | NO. C15-1808 TSZ<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES |

WHEREAS, the parties have previously adjusted certain dates from the initial trial setting order (Dkt. No. 18) ("Scheduling Order"), including the deadline for filing motions related to class certification, which is currently December 23, 2016;

WHEREAS, the reply of Plaintiff to Nationstar Mortgage LLC's opposition to Plaintiff's motion for class certification is currently due by February 10, 2017;

WHEREAS, the current deadline for dispositive motions is February 9, 2017, set in the initial trial setting order;

WHEREAS, the deadline for completing all remaining discovery is February 15, 2017;

WHEREAS, the parties believe good cause exists to make the sequence of the trial and related dates consistent with the initial order setting trial and related dates;

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record, and subject to the Court's approval, that:

STIPULATION AND [PROPOSED] ORDER AMENDING MINUTE
ORDER SETTING TRIAL AND RELATED DATES - 1
(C15-1808 TSZ)
5912854.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1.     The following dates shall replace the trial and related dates stated in the Scheduling Order:

| | |
|---|---|
| Jury Trial Date | October 23, 2017 |
| Length of Trial | 5 days |
| Any motions related to class certification must be filed by | December 23, 2016 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 8, 2017 |
| All motions related to discovery must be filed by | March 24, 2017 |
| All remaining discovery completed by | April 21, 2017 |
| All dispositive motions must be filed by | June 16, 2017 |
| All motions *in limine* must be filed by | September 22, 2017 |
| Agreed pretrial order due | October 9, 2017 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | October 9, 2017 |
| Pretrial conference to be held at 2:00 p.m. on | October 13, 2017 |

2.     Except as set forth above in paragraph 1, the terms of the Scheduling Order are hereby incorporated by reference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

 /s/ Cliff Cantor
Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A.
CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
P: (425) 868-7813 cliff.cantor@outlook.com

Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Wesley W. Barnett

 /s/ John A. Knox
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206.628.2425 | F: 206.628.6611
jknox@williamskastner.com

Kalama M. Lui-Kwan
Erik W. Kemp
Gurinder S. Grewal
SEVERSON & WERSON
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
P: 415-398-3344
kml@severson.com; ek@severson.com;
gsg@severson.com
*Counsel for Defendant*

STIPULATION AND [PROPOSED] ORDER AMENDING MINUTE
ORDER SETTING TRIAL AND RELATED DATES - 2
(C15-1808 TSZ)
5912854.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

D. Frank Davis
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
P: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com
*Counsel for Plaintiff*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER AMENDING MINUTE
ORDER SETTING TRIAL AND RELATED DATES - 3
(C15-1808 TSZ)
5912854.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600