The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>**DECLARATION OF JUANITA GARCIA IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, February 10, 2017 |

Pursuant to 18 U.S.C. § 1746, I, Juanita Garcia, hereby declare and state as follows:

1. From 1997 to 2001, I served as a United States Marine. After my time with the Marines, I worked for temporary employment agencies before gaining employment as a corrections officer for Spokane County in 2001.

2. When my husband and I first entered into the mortgage agreement at issue in this case in 2007, we were well employed, and we intended to and did make our monthly payments through automatic withdrawals from our bank account.

3. In December 2007, I left my job with Spokane County. Shortly thereafter, due to the 2008 financial crisis, my husband was no longer able to work overtime at his job, which further cut our income. As a result, we intended to sell a rental property we owned. However,

DECL. OF JUANITA GARCIA ISO CLASS CERT.
No. C15-1808 TSZ
- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel  (425) 868-7813 • Fax  (425) 732-3752

when the tenants of that property learned of our intent to sell, they vacated, which further cut our income.

4. As a result of that drastic income reduction, my husband and I suffered severe financial hardship, to the point that we had to eat our meals at soup kitchens from time to time due to a lack of money.

5. Because of our financial hardship and the monthly fluctuations in our income, we had to stop using automatic withdrawals to make our payments.

6. In September of 2008, I regained employment as a school bus driver for Liberty School District, and I was paid at the end of every month. Because of our financial position and the fact that I did not receive my paychecks until the end of the month, we were unable to make mortgage payments by check, as we could not guarantee that the checks would be received in advance of our mortgage due date.

7. Once our financial position improved and stabilized, we returned to making mortgage payments by automatic withdrawal, to avoid late fees and convenience fees.

8. I understand that if the Court certifies the proposed classes and appoints me as class representative in this action, that I will be representing the interest of individuals like myself, and that I will owe a fiduciary duty to those individuals.

9. I am well-informed regarding the nature of this action and I have been and will remain committed to actively participating in each stage of the litigation, as necessary.

10. To that end, I have assisted my attorneys with preparing my complaint and my responses to Defendant's discovery requests. I also traveled approximately 40 miles each way to and from Spokane, Washington for my deposition between shifts as a school bus driver and my time spent working with special needs children.

DECL. OF JUANITA GARCIA ISO CLASS CERT.
No. C15-1808 TSZ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2016 at Coeur d'Alene, Idaho.

*Juanita Garcia*
Juanita Garcia

Certificate of Service

I certify that, on the date stamped above, I caused this declaration to be filed with the Clerk of the Court via the CM/ECF system, which will cause notification of filing to be emailed to counsel of record for all parties.

s/ Cliff Cantor, WSBA # 17893

Decl. of Juanita Garcia ISO Class Cert.
No. C15-1808 TSZ
- 3 -
Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752