The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>**DECLARATION OF**<br>**J. DOMINICK LARRY**<br>**IN SUPPORT OF**<br>**PLAINTIFF'S MOTION FOR**<br>**CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, February 10, 2017 |

Pursuant to 18 U.S.C. § 1746, I, J. Dominick Larry, hereby declare and state as follows:

1. I am an attorney admitted to practice in the State of Illinois, and I have been admitted to practice *pro hac vice* before this Court for purposes of this action. I am entering this declaration in support of Plaintiff Juanita Garcia's Motion for Class Certification and is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am an associate at the law firm Edelson PC, which has been retained to act as co-counsel for Plaintiff and the putative classes in this action.

DECL. OF J. DOMINICK LARRY ISO CLASS CERT.
No. C15-1808 TSZ
- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

3. In response to Plaintiff's Notice of Rule 30(b)(6) Deposition, Defendant did not serve any objections, nor did it produce any loan instruments between itself and any absent class member. Instead, the only loan agreements produced to date are those relating to Plaintiff's mortgage.

4. Attached hereto as Exhibit A is a true and accurate copy of a document purporting to be Defendant Nationstar Mortgage LLC's 2016 Form 10-K Statement, as downloaded from the SEC's EDGAR website.

5. Attached hereto as Exhibit B is a true and accurate copy of Exhibit 2 to the Transcript of the Rule 30(b)(6) Deposition of Jon Thorpe II, which was produced by Defendant in this action.

6. Attached hereto as Exhibit C is a true and accurate copy of the Transcript of the Rule 30(b)(6) Deposition of Courtney Ehinger.

7. Attached hereto as Exhibit D is a true and accurate copy of the Transcript of the Rule 30(b)(6) Deposition of Jon Thorpe II.

8. Attached hereto as Exhibit E is a true and accurate copy of a document produced by Defendant in discovery bearing bates number NSM/Garcia 000930.

9. Attached hereto as Exhibit F is a true and accurate copy of the Transcript of the Deposition of Plaintiff Juanita Garcia.

10. Attached hereto as Exhibit G are true and accurate copies of mortgage documents produced by Defendant in discovery bearing bates numbers NSM/Garcia 000049–141.

11. Attached hereto as Exhibit H is a true and accurate copy of Defendant Nationstar Mortgage LLC's Responses to Plaintiff's Interrogatories.

12. Attached hereto as Exhibit I is a true and accurate copy of Defendant Nationstar Mortgage LLC's Supplemental Responses to Plaintiff's Interrogatories.

13. Attached hereto as Exhibit J is a true and accurate copy of the Transcript of the Rule 30(b)(6) Deposition of Jameson Bamrick.

DECL. OF J. DOMINICK LARRY ISO CLASS CERT.
No. C15-1808 TSZ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

14. Attached hereto as Exhibit K is a true and accurate copy of Plaintiff's Notice of Rule 30(b)(6) Deposition to Defendant.

15. Attached hereto as Exhibit L is Exhibit 6 to the Transcript of the Rule 30(b)(6) Deposition of Courtney Ehinger, which was produced by Defendant in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2016.

                                           *s/ J. Dominick Larry*
                                           J. Dominick Larry

Certificate of Service

I certify that, on the date stamped above, I caused this declaration and exhibits (some of which are under seal) to be filed with the Clerk of the Court via the CM/ECF system, which will cause notification of filing to be emailed to counsel of record for all parties.

                                           s/ *Cliff Cantor*, WSBA # 17893

DECL. OF J. DOMINICK LARRY ISO CLASS CERT.
No. C15-1808 TSZ — - 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel  (425) 868-7813 • Fax  (425) 732-3752