The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>STIPULATION AND [Proposed] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S REPLY ON CLASS CERTIFICATION MOTION AND RENOTING MOTIONS TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>February 2, 2017 |

WHEREAS, the current deadline for Plaintiff to file her reply in support of class certification is February 10, 2017;

WHEREAS, Plaintiff has been working diligently to prepare her reply in support of class certification, including addressing each of the arguments raised in Defendant's opposition briefing;

WHEREAS, despite her diligence, Plaintiff believes she requires an additional fourteen (14) days to prepare and finalize her reply briefing;

WHEREAS, the Parties have conferred regarding Plaintiff's requested extension of her reply deadline and agreed that, subject to the Court's approval, Plaintiff may have through and including February 24, 2017 to file her reply in support of class certification;

STIP. & ORDER EXTENDING DEADLINE FOR
PL.'S REPLY ON CLASS CERT. MOTION
No. C15-1808 TSZ

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

1   WHEREAS, the Parties' Motions to Seal materials submitted in connection with class
2   certification briefing (Dkt. Nos. 43 and 51) should also be extended to February 24, 2017 to
3   facilitate a process agreed to by the Parties to reduce the scope of the materials to be considered
4   by the Court; and

5   WHEREAS, the requested extension will not directly affect any other deadlines in this
6   matter and is not sought any improper purpose, such as delay;

7   IT IS HEREBY STIPULATED by and between the Parties, through their undersigned
8   counsel of record, and subject to the Court's approval, as follows:

9   1.   Plaintiff shall have through and including February 24, 2017 to file her reply in
10  support of class certification.

11  2.   The Parties' Motions to Seal (Dkt. Nos. 43 and 51) shall be renoted for February
12  24, 2017.

13  3.   The Parties request that the Court enter the order below.

14  IT IS SO STIPULATED.

| | |
|---|---|
| s/  *Cliff Cantor* <br> Cliff Cantor, WSBA # 17893 <br> LAW OFFICES OF <br>   CLIFFORD A. CANTOR, P.C. <br> 627 208th Ave. SE <br> Sammamish, WA 98074 <br> P: (425) 868-7813 <br> cliff.cantor@outlook.com <br><br> Benjamin H. Richman <br> brichman@edelson.com <br> J. Dominick Larry <br> nlarry@edelson.com <br> EDELSON PC <br> 350 North LaSalle Street, Suite 1300 <br> Chicago, Illinois 60654 <br> Tel: 312.589.6370 <br> Fax: 312.589.6378 <br><br> Wesley W. Barnett <br> D. Frank Davis | s/  *John A. Knox* <br> John A. Knox, WSBA #12707 <br> WILLIAMS, KASTNER & GIBBS PLLC <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> P: 206.628.2425 | F: 206.628.6611 <br> jknox@williamskastner.com <br><br> Kalama M. Lui-Kwan <br> Erik Kemp <br> Gurinder S. Grewal <br> SEVERSON & WERSON <br> One Embarcadero Center, 26th Floor <br> San Francisco, CA 94111 <br> P: 415-398-3344 <br> kml@severson.com <br> ek@severson.com <br> gsg@severson.com <br><br> Counsel for Defendant |

STIP. & ORDER EXTENDING DEADLINE FOR
PL.'S REPLY ON CLASS CERT. MOTION
No. C15-1808 TSZ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel  (425) 868-7813 • Fax  (425) 732-3752

DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
P: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com

Counsel for Plaintiff

[Proposed] **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: February ___, 2017

_____

THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:
Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish WA 98074
Tel: 425-868-7813

One of counsel for Plaintiff

Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will email notice of filing to all counsel of record.

s/ Cliff Cantor, WSBA # 17893

STIP. & ORDER EXTENDING DEADLINE FOR
PL.'S REPLY ON CLASS CERT. MOTION
No. C15-1808 TSZ

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752