UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>STIPULATION AND ORDER EXTENDING STAY |

WHEREAS on March 15, 2017, pursuant to the Parties' stipulation (dkt. 74), the Court entered a minute order (dkt. 76) that, among other things,

(a) struck the trial date and pretrial deadlines,

(b) stayed the case until June 14, 2017 to allow the parties to focus their efforts on a mediation that was then scheduled for May 31, 2017,

(c) directed the Parties to submit a joint status report on June 14, 2017, and

(d) renoted Plaintiff's motion for class certification (dkt. 49) for June 14, 2017;

WHEREAS on May 31, 2017, the mediation date was rescheduled from May 31, 2017 to July 10, 2017 without fault by either Party;

WHEREAS the Parties believe that the previously set deadlines of June 14, 2017, which were 15 days after the anticipated date of the mediation, should be extended to July 25, 2017 to accommodate the rescheduled mediation date of July 10, 2017; and

STIP. & ORDER EXTENDING STAY
No. C15-1808 TSZ

- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

1       WHEREAS the requested extensions will not directly affect any other deadlines in this matter and are not sought for any improper purpose such as delay;

      The Parties HEREBY STIPULATE, through their undersigned counsel and subject to Court approval, as follows:

      1.    The case should be STAYED until July 25, 2017 to allow the parties to focus their efforts on the mediation of this action scheduled for July 10, 2017.

      2.    On or before July 25, 2017, the Parties shall inform the Court of the outcome of the mediation and, if the case is not resolved, shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action.

      3.    Plaintiff's motion for class certification (dkt. 49) should be RENOTED to July 25, 2017.

      4.    The Parties request that the Court enter the order below.

      IT IS SO STIPULATED

Dated June 1, 2017.

| | |
|---|---|
| s/ *Cliff Cantor* | s/ *John A. Knox* |
| Cliff Cantor, WSBA # 17893 | John A. Knox, WSBA #12707 |
| LAW OFFICES OF CLIFFORD A. CANTOR, P.C. | WILLIAMS, KASTNER & GIBBS PLLC |
| 627 208th Ave. SE | 601 Union Street, Suite 4100 |
| Sammamish, WA 98074 | Seattle, WA 98101-2380 |
| P:    (425) 868-7813 | P: 206.628.2425 \| F: 206.628.6611 |
| cliff.cantor@outlook.com | jknox@williamskastner.com |
| | |
| Benjamin H. Richman | Kalama M. Lui-Kwan |
| brichman@edelson.com | Erik Kemp |
| EDELSON PC | Gurinder S. Grewal |
| 350 North LaSalle Street, Suite 1300 | SEVERSON & WERSON |
| Chicago, Illinois 60654 | One Embarcadero Center, 26th Floor |
| Tel: 312.589.6370 | San Francisco, CA 94111 |
| Fax: 312.589.6378 | P: 415-398-3344 |
| | kml@severson.com |
| Wesley W. Barnett | ek@severson.com |
| D. Frank Davis | gsg@severson.com |
| DAVIS & NORRIS, LLP | |
| The Bradshaw House | Counsel for Defendant |

STIP. & ORDER EXTENDING STAY
No. C15-1808 TSZ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

2154 Highland Avenue South
Birmingham, Alabama 35205
P: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com

Counsel for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 2nd day of June, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:
Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish WA 98074
Tel: 425-868-7813

STIP. & ORDER EXTENDING STAY
No. C15-1808 TSZ

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752