UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | C15-1808 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 80, the Court orders as follows:

(a) the stay of this case is EXTENDED to September 22, 2017, to allow the parties time to finalize settlement;

(b) plaintiff's motion for class certification is RENOTED to September 22, 2017;

(c) On or before September 22, 2017, the parties shall inform the Court whether settlement has been finalized and if so, propose a briefing schedule and filing deadline for a motion for preliminary approval. If settlement is not finalized by September 22, 2017, the parties shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2