The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO OCTOBER 13, 2017<br><br>NOTE ON MOTION CALENDAR: September 22, 2017 |

Pursuant to the Minute Order entered July 28, 2017 (Dkt. No. 81), Plaintiff Juanita Garcia and Defendant Nationstar Mortgage LLC submit this Joint Status Report, through their undersigned counsel. Since the successful mediation of the case, the Parties have been working diligently on a formal settlement agreement and a briefing schedule and filing deadline for a motion for preliminary approval. The draft settlement agreement is nearing completion. Some of the exhibits to the settlement agreement remain to be drafted. The Parties currently anticipate the motion for preliminary approval being filed within seven days after the settlement is signed. The Parties anticipate a final, executed class action settlement agreement can be executed and filed within three weeks from September 22, 2017, when the present stay expires.

Subject to the Court's approval by Minute Order or otherwise, the Parties request by way of stipulation:

JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO OCTOBER 13, 2017 - 1
(C15-1808 TSZ)
6204533.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  (a) That the stay of this matter be extended through October 13, 2017 to allow the parties to finalize settlement documentation;

2  (b) Plaintiff's Motion for Class Certification (Dkt. 49) be renoted to October 13, 2017;

3  (c) By October 13, 2017, or earlier if possible, the Parties will inform the Court whether the settlement has been finalized and, if so, propose a briefing schedule and filing deadline for a motion for preliminary approval.  If the settlement is not finalized by that date, the Parties shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action.

DATED this 21st day of September, 2017.

/s/ Cliff Cantor
Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
P: (425) 868-7813
cliff.cantor@outlook.com

Benjamin H. Richman (admitted *pro hac vice*)
Rafey S. Balabanian (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
brichman@edelson.com
rbalabanian@edelson.com

Wesley W. Barnett (admitted *pro hac vice*)
D. Frank Davis (admitted *pro hac vice*)
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
P: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com

*Counsel for Plaintiff*

/s/ John A. Knox
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
jknox@williamskastner.com

Kalama M. Lui-Kwan (admitted *pro hac vice*)
Erik W. Kemp (admitted *pro hac vice*)
Gurinder S. Grewal (admitted *pro hac vice*)
SEVERSON & WERSON,
A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  (415) 398-3344
Fax:  (415) 956-0439
ek@severson.com; kml@severson.com; gsg@severson.com

*Counsel for Defendant Nationstar Mortgage LLC*

JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO OCTOBER 13, 2017 - 2
(C15-1808 TSZ)
6204533.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of September, 2017.

                                                  _____
Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ John A. Knox
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206.628.2425 | F: 206.628.6611
jknox@williamskastner.com

Kalama M. Lui-Kwan
Erik W. Kemp
Gurinder S. Grewal
SEVERSON & WERSON
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
P: 415-398-3344
kml@severson.com; ek@severson.com
gsg@severson.com

*Counsel for Defendant*

/s/ Cliff Cantor
Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
P: (425) 868-7813
cliff.cantor@outlook.com

Benjamin H. Richman
Rafey S. Balabanian
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO OCTOBER 13, 2017 - 3
(C15-1808 TSZ)
6204533.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  Tel: 312.589.6370
   Fax: 312.589.6378
2  brichman@edelson.com
   rbalabanian@edelson.com
3
4  Wesley W. Barnett
   D. Frank Davis
5  DAVIS & NORRIS, LLP
   The Bradshaw House
6  2154 Highland Avenue South
   Birmingham, Alabama 35205
7  P: (205) 930-9900
   wbarnett@davisnorris.com
8  fdavis@davisnorris.com

9  *Counsel for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO
OCTOBER 13, 2017 - 4
(C15-1808 TSZ)
6204533.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2017 I caused the foregoing to be e-filed with the Clerk of Court through CM/ECF which caused a true and correct copy to be served upon counsel of record as shown below:

*Attorneys for Plaintiff:*

Clifford A. Cantor
Law Offices of Clifford A. Cantor, P.C.
627 - 208th Avenue SE
Sammamish, WA  98074
Tel:  (425) 868-7813
Fax:  (425) 732-3752
Email:  cliff.cantor@outlook.com

Benjamin H. Richman
Rafey S. Balabanian
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Email:  brichman@edelson.com
        rbalabanian@edelson.com
        (Admitted *Pro Hac Vice*)

Frank Davis
Wesley W. Barnett
Davis & Norris, LLP
2154 Highland Ave. S.
Birmingham, AL  35205
Tel:  (205) 930-9900
Fax:  (205) 930-9989
Email: fdavis@davisnorris.com
       wbarnett@davisnorris.com
       (Admitted *Pro Hac Vice*)

SIGNED at Seattle, Washington this 22nd day of September, 2017.

*/s/* John A. Knox
John A. Knox, WSBA #12707
Attorneys for Defendant Nationstar Mortgage LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
jknox@williamskastner.com

JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO OCTOBER 13, 2017 - 5
(C15-1808 TSZ)
6204533.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600