# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JUANITA GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

Defendant.

C15-1808 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report and Request to Extend Stay to October 13, 2017, docket no. 82, the Court orders as follows:

    (a) the stay of this case is EXTENDED to October 13, 2017, to provide the parties additional time to finalize settlement;

    (b) plaintiff's motion for class certification is RENOTED to October 13, 2017;

    (c) on or before October 13, 2017, the parties shall inform the Court whether settlement has been finalized and if so, propose a briefing schedule and filing deadline for a motion for preliminary approval. If settlement is not finalized by October 13, 2017, the parties shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of October, 2017.

                                     William M. McCool
                                     Clerk

                                     s/Karen Dews
                                     Deputy Clerk

MINUTE ORDER - 1