UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C15-1808 TSZ<br><br>JOINT STATUS REPORT AND REQUEST TO EXTEND STAY TO November 13, 2017 |

Pursuant to the Minute Order entered October 2, 2017 (Dkt. No. 83), Plaintiff Juanita Garcia and Defendant Nationstar Mortgage LLC submit this Joint Status Report, through their undersigned counsel. As the Parties previously informed the Court, since the successful mediation of the case, they have been working diligently on a formal settlement agreement and a briefing schedule and filing deadline for a motion for preliminary approval. Although a draft written settlement agreement has been circulated, it has taken slightly more time than originally anticipated to work through any edits and finalize the agreement. Notwithstanding, the Parties reasonably anticipate, given the status of their drafting efforts, that the written agreement will be finalized and executed, and Plaintiff's motion for preliminary approval on file, no later than

JT. STATUS REPORT, REQ. TO EXTEND STAY, and ORDER
No. C15-1808 TSZ

-1-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

November 13, 2017. The Parties appreciate the Court's patience with them throughout this process, and do not believe that they will need (nor request) any further continuances in this regard.

In light of the foregoing and subject to the Court's approval, the Parties hereby request by way of stipulation:

(a) That the stay of this matter be extended through November 13, 2017 to allow the parties to finalize settlement documentation;

(b) Plaintiff's Motion for Class Certification (Dkt. 49) be renoted to November 13, 2017;

(c) By November 13, 2017, or earlier if possible, the Parties will inform the Court whether the settlement has been finalized and, if so, propose a briefing schedule and filing deadline for a motion for preliminary approval.

DATED this 13th day of October, 2017.

| | |
|---|---|
| */s/ Cliff Cantor* <br> Cliff Cantor, WSBA # 17893 <br> LAW OFFICES OF <br>   CLIFFORD A. CANTOR, P.C. <br> 627 208th Ave. SE <br> Sammamish, WA 98074 <br> Tel: (425) 868-7813 <br> Fax: (425) 732-3752 <br> cliff.cantor@outlook.com <br><br> Benjamin H. Richman (admitted *pro hac vice*) <br> Rafey S. Balabanian (admitted *pro hac vice*) <br> EDELSON PC <br> 350 North LaSalle Street, Suite 1300 <br> Chicago, IL 60654 <br> Tel: 312.589.6370 <br> Fax: 312.589.6378 <br> brichman@edelson.com <br> rbalabanian@edelson.com <br><br> Wesley W. Barnett (admitted *pro hac vice*) <br> D. Frank Davis (admitted *pro hac vice*) <br> DAVIS & NORRIS, LLP <br> The Bradshaw House | */s/ John Knox* <br> John A. Knox, WSBA #12707 <br> WILLIAMS, KASTNER & GIBBS PLLC <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101-2380 <br> Tel: (206) 628-6600 <br> Fax: (206) 628-6611 <br> jknox@williamskastner.com <br><br> Kalama M. Lui-Kwan (admitted *pro hac vice*) <br> Erik W. Kemp (admitted *pro hac vice*) <br> Gurinder S. Grewal (admitted *pro hac vice*) <br> Mary Kate Kamka (admitted *pro hac vice*) <br> SEVERSON & WERSON, <br> A Professional Corporation <br> One Embarcadero Center, 26th Floor <br> San Francisco, CA 94111 <br> Tel: (415) 398-3344 <br> Fax: (415) 956-0439 <br> ek@severson.com; kml@severson.com; <br> gsg@severson.com; mkk@severson.com <br><br> ***Counsel for Defendant Nationstar Mortgage LLC*** |

JT. STATUS REPORT, REQ. TO EXTEND STAY, and ORDER
No. C15-1808 TSZ

-2-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

2154 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-9900
wbarnett@davisnorris.com
fdavis@davisnorris.com

*Counsel for Plaintiff*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 13th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge

PRESENTED BY:

 */s/ John Knox*
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206.628.2425 | F: 206.628.6611
jknox@williamskastner.com

Kalama M. Lui-Kwan
Erik W. Kemp
Gurinder S. Grewal
Mary Kate Kamka
SEVERSON & WERSON
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
P: 415-398-3344
kml@severson.com; ek@severson.com
gsg@severson.com; mkk@severson.com

*Counsel for Defendant*

JT. STATUS REPORT, REQ. TO EXTEND STAY, and ORDER
No. C15-1808 TSZ

-3-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

| | |
|---|---|
| 1 | |
| 2 | */s/ Cliff Cantor* |
| 3 | Cliff Cantor, WSBA # 17893<br>LAW OFFICES OF CLIFFORD A. CANTOR, P.C. |
| 4 | 627 208th Ave. SE<br>Sammamish, WA 98074 |
| 5 | P: (425) 868-7813<br>cliff.cantor@outlook.com |
| 6 | |
| 7 | Benjamin H. Richman<br>Rafey S. Balabanian |
| 8 | EDELSON PC<br>350 North LaSalle Street, Suite 1300 |
| 9 | Chicago, Illinois 60654<br>Tel: 312.589.6370 |
| 10 | Fax: 312.589.6378 |
| 11 | brichman@edelson.com<br>rbalabanian@edelson.com |
| 12 | |
| 13 | Wesley W. Barnett<br>D. Frank Davis |
| 14 | DAVIS & NORRIS, LLP<br>The Bradshaw House |
| 15 | 2154 Highland Avenue South<br>Birmingham, Alabama 35205 |
| 16 | P: (205) 930-9900<br>wbarnett@davisnorris.com |
| 17 | fdavis@davisnorris.com |
| 18 | *Counsel for Plaintiff* |

JT. STATUS REPORT, REQ. TO EXTEND STAY, and ORDER
No. C15-1808 TSZ

-4-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752