UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | C15-1808 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report and Request to Extend Stay to November 27, 2017, docket no. 86, the Court orders as follows:

    (a) the stay of this case is EXTENDED to November 27, 2017, to provide the parties additional time to finalize settlement;

    (b) plaintiff's motion for class certification, docket no. 49, is RENOTED to November 27, 2017;

    (c) on or before November 27, 2017, the parties shall inform the Court whether settlement has been finalized and if so, propose a briefing schedule and filing deadline for a motion for preliminary approval. If settlement is not finalized by November 27, 2017, the parties shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of November, 2017.

                                                              William M. McCool
                                                              Clerk

                                                              s/Karen Dews
                                                               Deputy Clerk

MINUTE ORDER - 1