UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUANITA GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

Defendant.

C15-1808 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report and Stipulated Request to extend the stay of this case to December 11, 2017, docket no. 89, the Court orders as follows:

(a) the stay of this case is EXTENDED to December 11, 2017, to provide the parties additional time to sign the finalized settlement;

(b) plaintiff's motion for class certification is RENOTED to December 11, 2017;

(c) on or before December 11, 2017, the parties shall file a motion for preliminary approval.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1