UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUANITA GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

Defendant.

C15-1808 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' stipulation, docket no. 96, Plaintiff's Motion for Preliminary Class Certification and Class Action Settlement, docket no. 92 (the "Motion"), is RENOTED for April 9, 2018. The parties shall file their supplemental brief in response to the Court's February 13, 2018, Minute Order, docket no. 94, on or before April 9, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1