# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JUANITA GARCIA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

    Defendant.

C15-1808 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' stipulation, docket no. 100, the Court modifies its May 25, 2018, Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling a Final Approval Hearing, docket no. 99 (the "Order"),[1] and continues the dates and deadlines imposed therein as follows:

    a. The deadline to serve Direct Notice is continued to July 23, 2018;

    b. The deadline for class members to submit a Request for Exclusion is continued to September 6, 2018;

---

[1] This Minute Order incorporates by reference the terms defined in the Order.

MINUTE ORDER - 1

c. Subject to Paragraph 14 of the Order, the deadline to object to the Settlement Agreement is continued to September 6, 2018;

d. The Final Approval Hearing is continued to Wednesday, October 17, 2018, at 10:00 a.m. No later than Thursday, October 4, 2018, Plaintiffs must file their papers in support of Class Counsel's application for attorneys' fees and expenses. No later than Wednesday, October 3, 2018, Plaintiffs must file their papers in support of final approval of the Settlement Agreement and in response to any objections.

(2) The modifications to the Order addressed in Paragraph 1 above shall be subject to all provisions and terms in the Order that remain unaltered by this Minute Order. All other requirements and conditions imposed in the Order shall continue unchanged and in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of July, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2