The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JUANITA GARCIA, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>           Defendant. | NO. C15-1808 TSZ<br><br>**PLAINTIFF'S UNOPPOSED MOTION AND ORDER TO FILE OVER-LENGTH MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD** |

Pursuant to Local Rule 7(e)(f), Plaintiff Juanita Garcia respectfully requests that the Court grant her leave to file her Motion for Award of Attorneys' Fees, Expenses, and Incentive Award ("Fee Motion") in excess of the Court's twelve (12) page limit, *instanter*. Defendant Nationstar Mortgage LLC does not oppose this motion.

Plaintiff is endeavoring to present the Court with sufficient detail to determine the reasonableness of the requested fee, expense, and incentive awards.

Although Plaintiff did her best to draft a concise Fee Motion that adequately addressed (i) the factual and procedural history of the case, (ii) counsels' efforts on behalf of Plaintiff and the settlement class, (iii) the relief secured as a result of those efforts, (iv) Plaintiff's involvement in and contribution to the litigation, and (v) the reasonableness of the requested awards, the Fee

PL.'S UNOPPOSED MOT AND ORDER
TO FILE OVER-LENGTH MOT.
No. C15-1808 TSZ

- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

Motion nevertheless exceeds the page limitation of the local rules.

In total, Plaintiff's Fee Motion is eighteen (18) pages of substance, six (6) pages over the limit.

Plaintiff Juanita Garcia respectfully requests that the Court grant her leave to file her Fee Motion with six (6) additional pages. Defendant does not oppose this motion.

Dated: August 20, 2018.

| For Plaintiff: | For Defendant: |
|---|---|
| s/ *Cliff Cantor* <br> By: Cliff Cantor, WSBA # 17893 <br> Law Offices Of Clifford A. Cantor, P.C. <br> 627 208th Ave. SE <br> Sammamish, WA 98074 <br> Tel: (425) 868-7813 <br> Fax: (425) 732-3752 <br> Email: cliff.cantor@outlook.com <br><br> Rafey S. Balabanian <br> Benjamin H. Richman <br> Edelson PC <br> 350 N. LaSalle St., Suite 1300 <br> Chicago, Illinois 60654 <br> Tel: (312) 589-6370 <br> Fax: (312) 589.6378 <br> Email: rbalabanian@edelson.com <br> brichman@edelson.com <br><br> Wesley W. Barnett <br> D. Frank Davis <br> Davis & Norris, LLP <br> The Bradshaw House <br> 2154 Highland Avenue South <br> Birmingham, Alabama 35205 <br> Tel: 205-930-9900 <br> Email: wbarnett@davisnorris.com <br> fdavis@davisnorris.com | s/ *Erik Kemp* <br> By: Erik Kemp (admitted *pro hac vice*) <br> Severson & Werson, P.C. <br> One Embarcadero Center, Suite 2600 <br> San Francisco, California 94111 <br> Tel: (415) 398-3344 <br> Fax: (415) 956-0439 <br> Email: ek@severson.com |

PL.'S UNOPPOSED MOT AND ORDER
TO FILE OVER-LENGTH MOT.
No. C15-1808 TSZ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752

**ORDER**

Based on Plaintiff's Unopposed Motion to File Over-Length Motion for Award of Attorneys' Fees, Expenses, and Incentive Award, it is hereby ORDERED as follows:

The unopposed motion is GRANTED. Plaintiff is permitted to file her Motion for Award of Attorneys' Fees, Expenses, and Incentive Award with six (6) additional pages of substance.

Dated: August 28, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish WA 98074
Tel:   (425) 868-7813
Fax;   (425) 732-3752
Email: cliff.cantor@outlook.com

PL.'S UNOPPOSED MOT AND ORDER
TO FILE OVER-LENGTH MOT.
No. C15-1808 TSZ

- 3 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813 • Fax (425) 732-3752