THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUANITA GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company,

Defendants.

Case No. 2:15-cv-01808-TSZ

CLASS MEMBER SHERLIE CHARLOT'S JOINDER IN PLAINTIFF'S STATEMENT REGARDING SCOPE OF RELEASE IN PROPOSED CLASS ACTION SETTLEMENT

**ORAL ARGUMENT REQUESTED**

JOINDER IN PLAINTIFF'S STATEMENT
RE: SCOPE OF RELEASE
(Case No. 2:15-cv-01808-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

Sherlie Charlot, a class member, joins in Plaintiff Juanita Garcia's Statement Regarding Scope of Release in Proposed Class Action Settlement ("Statement"), Dkt. No. 114. Ms. Charlot additionally and respectfully asks the Court to enter an order making Plaintiff's Statement binding on all of the parties.

Doing so is necessary to protect Ms. Charlot's rights that she is presently attempting to vindicate in class action litigation against Defendant Nationstar Mortgage LLC ("Nationstar"). Class Action Complaint ("Compl."), *Contreras v. Nationstar Mortg. LLC*, No. 2:16-cv-00302-MCE-EFB (E.D. Cal. Feb. 12, 2016), Dkt. No. 1. Like Plaintiff Garcia, Ms. Charlot sued Nationstar for wrongly assessing convenience fees on mortgage payments she has made. Ms. Charlot and other co-plaintiffs seek to represent a nationwide class and certain subclasses of similarly situated borrowers who have been charged convenience fees from 2011 to the present. *See id.* Ms. Charlot and the other *Contreras* plaintiffs also seek relief for additional types of fees not at issue in the *Garcia* matter.

Given the overlap between these two cases, Ms. Charlot has concerns that the Settlement Agreement in *Garcia* threatens to impair and impede her and the proposed classes' rights in the *Contreras* case. Ms. Charlot believes the release could be read to force her and all *Contreras* class members who are also members of the *Garcia* class to forever abandon their ability to challenge the convenience fees (even if charged outside the *Garcia* class period), as well as other types of fees that Nationstar has charged. *See* Stipulation and Settlement Agreement ("Settlement Agreement") § 10.1 and § 10.5 (Dkt. No. 92-1). Indeed, Nationstar's counsel has represented to the undersigned counsel for the plaintiffs in *Contreras* that Nationstar intends to read and apply the Settlement Agreement's Release in just such a broad manner. *See* Declaration of Ian Mensher in Support of Ms. Charlot's Joinder ("Mensher Decl.") ¶ 9.

Ms. Garcia's counsel has kindly worked with Ms. Charlot's counsel to address Ms. Charlot's concerns. The Statement is proof of that cooperation. As Ms. Garcia explains, through the Statement

JOINDER IN PLAINTIFF'S STATEMENT
RE: SCOPE OF RELEASE - 1
(Case No. 2:15-cv-01808-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

"the Parties . . . . further clarify the plain and intended meaning of the Settlement and Release" to preserve the *Contreras* plaintiffs' ability to pursue individual and class claims for all convenience fees paid outside of the *Garcia* class periods and for all non-convenience fees they have been assessed. *See* Statement ¶¶ 2-5. The Statement also clarifies that the "*Garcia* Parties have no objection" to the *Contreras* plaintiffs' decision to opt-out of the *Garcia* class and "those individuals shall not be deemed to have waived any claims." *Id.* ¶ 6.

While the Statement provides the foundation to allay Ms. Charlot's concerns in terms of what the "Parties" have agreed to, it presently lacks any binding effect against Nationstar given Nationstar's refusal to actually join and sign it. *See* Mensher Decl. ¶ 11. Indeed, Nationstar's Statement of Nonopposition to the Statement does not contain any agreement to be bound by the Statement. *See* Dkt. No. 115. This greatly concerns Ms. Charlot because of Nationstar's stated views on the reach of the Settlement Agreement's Release. *See id.* ¶ 9. Nationstar appears to be preserving its ability to use the Release broadly against Ms. Charlot. This would undermine Ms. Charlot's and the *Contreras* plaintiffs' claims and prejudice her and the classes she and her co-plaintiffs seek to represent.

To ensure the fairness of this settlement and avoid prejudice to Ms. Charlot and others similarly situated, the Court may and should enter an order adopting the Statement as *binding on all parties*. Doing so is consistent with the Statement and Rule 23(e) because it would ensure the settlement in this matter is "fair, reasonable, and adequate." *See* Fed. R. Civ. P. 23(e)(2); *see also Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566, 575 (9th Cir. 2004) (listing eight factors the Court must review to test the fairness of a settlement, which includes "the reaction of the class members of the proposed settlement."). Ms. Charlot therefore respectfully requests the Court enter an order making the Statement binding on the *Garcia* parties, in the form provided by Ms. Charlot with this joinder.

JOINDER IN PLAINTIFF'S STATEMENT
RE: SCOPE OF RELEASE - 2
(Case No. 2:15-cv-01808-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

Ms. Charlot's counsel will be present at the Final Approval Hearing to answer any questions the Court may have. For the sake of clarity (and consistent with Ms. Charlot's proposed order), Ms. Charlot requests to be excluded as a class member, a point on which the parties appear in agreement. *See* Dkt. Nos. 114 and 115.

RESPECTFULLY SUBMITTED this 16th day of October, 2018.

By *s/ Ian Mensher*
   *s/ Derek W. Loeser*
   *s/ Dean Kawamoto*
   *s/ Gretchen S. Obrist*
Derek W. Loeser, WSBA #24274
Dean Kawamoto, WSBA #43850
Gretchen S. Obrist, WSBA #37071
Ian Mensher, WSBA #39593
KELLER ROHRBACK L.L.P.
1201 Third Ave, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
E-mail: dloeser@kellerrohrback.com
       dkawamoto@kellerrohrback.com
       gobrist@kellerrohrback.com
       imensher@kellerrohrback.com

By *s/ Thomas E. Loeser*
Thomas E. Loeser, WSBA #38701
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594
E-mail: toml@hbsslaw.com

*Attorneys for Sherlie Charlot*

JOINDER IN PLAINTIFF'S STATEMENT
RE: SCOPE OF RELEASE - 3
(Case No. 2:15-cv-01808-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to the following counsel of record:

| | |
|---|---|
| Benjamin H. Richman<br>EDELSON PC<br>350 N. LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Tel.: (312) 589-6377<br>Email: brichman@edelson.com | Erik Kemp<br>Kalama M. Lui Kwan<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel.: (415) 398-3344<br>Email: ek@severson.com<br>kml@severson.com |
| D. Frank Davis<br>Wesley W. Barnett<br>DAVIS & NORRIS LLP<br>2154 Highland Avenue South<br>Birmingham, AL 35205<br>Tel.: (205) 930-9900<br>Email: fdavis@davisnorris.com<br>wbarnett@davisnorris.com | |
| | John Alan Knox<br>WILLIAMS KASTNER<br>Two Union Square<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Tel.: (206) 628-6600<br>Email: jknox@williamskastner.com |
| Rafey S. Balabanian<br>EDELSON PC (SF)<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Tel.: (415) 212-9300<br>Email: rbalabanian@edelson.com | *Attorneys for Defendants* |
| Clifford A. Cantor<br>627 208th Avenue SE<br>Sammamish, WA 98074-7033<br>Tel.: (425) 868-7813<br>Email: cliff.cantor@outlook.com | |

*Attorneys for Plaintiffs*

                                        *s/ Ian Mensher*
                                        Ian Mensher

4830-3885-2728, v. 1

JOINDER IN PLAINTIFF'S STATEMENT
RE: SCOPE OF RELEASE - 4
(Case No. 2:15-cv-01808-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384