THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUANITA GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company,

Defendants.

Case No. 2:15-cv-01808-TSZ

DECLARATION OF IAN MENSHER IN SUPPORT OF CLASS MEMBER SHERLIE CHARLOT'S JOINDER IN PLAINTIFF'S STATEMENT REGARDING SCOPE OF RELEASE IN PROPOSED CLASS ACTION SETTLEMENT

I, Ian Mensher, hereby declare as follows:

1.      I am an attorney with Keller Rohrback L.L.P., and I represent Sherlie Charlot. I am a member of the bar of Washington State and admitted to practice in this District. I have personal knowledge of the matters set forth in this declaration and I am competent to testify to the matters stated herein.

2.      Ms. Charlot is a named plaintiff in a proposed class action case filed in the United States District Court for the Eastern District of California. *See Contreras v. Nationstar Mortg. LLC*, No. 2:16-cv-00302-MCE-EFB (E.D. Cal.). The case was filed on February 12, 2016.

DECLARATION OF IAN MENSHER
(Case No. 2:15-CV-01808-TSZ) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

3.      Keller Rohrback L.L.P. ("KR") and Hagens Berman Sobol Shapiro LLP ("HBSS") are co-counsel for Ms. Charlot and the proposed classes in the *Contreras* case. I am counsel of record in the *Contreras* action. Along with Ms. Charlot, KR and HBSS represent several other named plaintiffs in the *Contreras* matter. These plaintiffs collectively seek to represent several classes of mortgagors who have paid allegedly improper fees, including "convenience fees" (also known as "pay-to-pay fees"), as well as other fees related to property inspections and other mortgage servicing activities.

4.      As part of the Rule 26(f) conference that the parties held in the *Contreras* matter in November 2017, counsel for Nationstar, Erik Kemp, represented that no cases related to the *Contreras* matter existed. The parties filed a joint status report confirming the same. From that point forward, I and my colleagues relied on Mr. Kemp's misrepresentation that no such case existed. I and my colleagues were unaware that this case—*Garcia v. Nationstar Mortg. LLC*, No. 2:15-cv-01808-TSZ (W.D. Wash.)—had been filed.

5.      On October 9, 2018, I became aware of the *Garcia* case and that there was a settlement pending final approval. I reviewed the Settlement Agreement entered into between the *Garcia* parties, including the release.

6.      On October 10, 2018, I held a telephone conference with Mr. Kemp and his colleague, Kalama Lui-Kwan. I was joined on the call by Gretchen Obrist of KR, and Tom Loeser of HBSS. On the call, Mr. Kemp disclosed that he had been counsel for Defendant Nationstar from the outset of the *Garcia* case and that the *Garcia* and *Contreras* cases involve the same "convenience fee." He conceded the cases are related and that there is overlap between the *Garcia* and *Contreras* classes and that the class settlement in *Garcia* would impact the classes Ms. Charlot and her co-plaintiffs seek to represent in the *Contreras* matter.

DECLARATION OF IAN MENSHER
(Case No. 2:15-CV-01808-TSZ) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

7.     On the October 10, 2018 call, we also asked Mr. Kemp why he did not inform us about the *Garcia* case when we had our Rule 26(f) conference in November 2017. He stated that he did not believe he was required to disclose the *Garcia* case under the Local Rules of Practice for the United States District Court, Eastern District of California.

8.     On the October 10, 2018 call, we also asked Mr. Kemp whether he had intended to inform us at any time that the *Garcia* matter existed. He told us that he did, but only *after* this Court entered final approval of the class settlement in *Garcia*.

9.     On the October 10, 2018 call, we also asked Mr. Kemp, among other things, whether his client would stipulate to a carve-out for our clients and class case (with a potential offset for any persons who filed a claim in the *Garcia* settlement). Mr. Kemp stated that he did not believe his client would agree to a carve-out of the *Garcia* release to allow overlapping class members to participate in both the *Garcia* and *Contreras* cases. Mr. Kemp stated that he didn't believe his client would agree because Nationstar wants the release read and applied as broadly as possible.

10.    On October 11, 2018, I, Tom Loeser and Gretchen Obrist spoke with counsel for Ms. Garcia by phone about the scope of the Release in the Settlement Agreement and a potential solution for its overbreadth in light of Nationstar counsel's representations and position. Showing great cooperation, counsel for Ms. Garcia agreed to work with counsel for Nationstar to provide clarity on the scope of the Release and to ensure that my clients and potential class members in the *Contreras* matter were not releasing any uncompensated claims through the *Garcia* settlement.

11.    On October 15, 2018, counsel for Ms. Garcia provided us with a copy of their draft Statement Regarding Scope of Release in Proposed Class Action Settlement ("Statement") which was styled as a joint statement with Nationstar. We provided edits to the document with the hope that Nationstar would join in it. But later that same day counsel for Ms. Garcia informed us that Nationstar

DECLARATION OF IAN MENSHER
(Case No. 2:15-CV-01808-TSZ) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

would not join in the Statement. We thanked counsel for preparing the Statement and for their efforts in seeking Nationstar's joinder. We made clear our position that Nationstar's non-opposition was inadequate because the Statement needed to have Nationstar's full joinder and signature for it to be binding.

12.    On the evening of October 15, 2018, Gretchen Obrist and I left a voicemail with Mr. Kemp to discuss Nationstar's position. Mr. Kemp has not returned the call.

13.    Prior to filing Ms. Charlot's Joinder, I provided Ms. Garcia's counsel with a draft of the Joinder, my declaration, and the proposed order.

I declare under the penalty of perjury under the laws of the United States that for foregoing is true and correct.

DATED this 16th day of October, 2018 at Seattle, Washington.

*s/Ian Mensher*
Ian Mensher

DECLARATION OF IAN MENSHER
(Case No. 2:15-CV-01808-TSZ) - 4

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on October 16, 2018, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system, which in turn sent notice to the following counsel of record:

4

5   Benjamin H. Richman                          Erik Kemp
    EDELSON PC                                   Kalama M. Lui Kwan
6   350 N. LaSalle Street, 14th Floor            SEVERSON & WERSON
    Chicago, IL  60654                           One Embarcadero Center, Suite 2600
7   Tel.: (312) 589-6377                         San Francisco, CA  94111
    Email: brichman@edelson.com                  Tel.: (415) 398-3344
8                                                Email: ek@severson.com
    D. Frank Davis                                      kml@severson.com
9   Wesley W. Barnett
    DAVIS & NORRIS LLP
10  2154 Highland Avenue South
    Birmingham, AL  35205
11  Tel.: (205) 930-9900
12  Email: fdavis@davisnorris.com               John Alan Knox
           wbarnett@davisnorris.com             WILLIAMS KASTNER
13                                               Two Union Square
    Rafey S. Balabanian                          601 Union Street, Suite 4100
14  EDELSON PC (SF)                              Seattle, WA  98101
    123 Townsend Street, Suite 100               Tel.: (206) 628-6600
15  San Francisco, CA  94107                     Email: jknox@williamskastner.com
16  Tel.: (415) 212-9300
    Email: rbalabanian@edelson.com              *Attorneys for Defendants*
17
18  Clifford A. Cantor
    627 208th Avenue SE
19  Sammamish, WA  98074-7033
    Tel.: (425) 868-7813
20  Email: cliff.cantor@outlook.com

21  *Attorneys for Plaintiffs*

22

23

24                                              s/ Ian Mensher
                                                Ian Mensher
25

26  4834-6962-1624, v. 1

27

28  DECLARATION OF IAN MENSHER                          KELLER ROHRBACK L.L.P.
    (Case No. 2:15-CV-01808-TSZ) - 5                   1201 Third Avenue, Suite 3200
                                                         Seattle, WA  98101-3052
                                                        Tel.: (206) 623-1900
                                                          Fax: (206) 623-3384